UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW BEIN, *et al.*,

     *Plaintiffs*,

  v.

THE ISLAMIC REPUBLIC OF IRAN,

     *Defendant*.

No. 21-cv-2160-JMC-MAU

## REPORT AND RECOMMENDATION

On February 4, 2025, the District Court referred Plaintiffs' Motion for Default Judgment ("Motion") (ECF No. 30) to this Court for a Report and Recommendation. Min. Order (Feb. 4, 2025). Plaintiffs now request leave to file supplemental expert reports and to make amended arguments in support of their Motion. (ECF No. 32). For the reasons stated in open court during the Status Conference on September 18, 2025, this Court recommends that the District Court **DENY WITHOUT PREJUDICE** Plaintiffs' Motion and **GRANT** Plaintiffs leave to file an amended motion for default judgment on the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Amended Motion for Default Judgment: | October 17, 2025 |
| Defendant's Response to Plaintiffs' Amended Motion: | November 17, 2025 |
| Plaintiffs' Reply to Defendant's Response: | November 21, 2025 |

Should the District Court adopt this Report and Recommendation, Plaintiffs have agreed to attach redline versions of their memorandum of law and any amended expert reports to their amended motion so that the Court might compare the amended motion to the original motion. Plaintiffs waive any objections to this Report and Recommendation. Defendant was declared to be in default on November 9, 2023. ECF No. 15.

Date:  September 19, 2025

_____
MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

## REVIEW BY THE DISTRICT COURT

The Parties are hereby advised that under Local Civil Rule 72.3(b), any party who objects to the proposed findings or recommendations herein must file written objections within fourteen days of being served with a copy of the Report and Recommendation.  Objections must specifically identify the portion of the recommendation to which the objection pertains and the basis for the objection.  The Parties are further advised that they may waive their right of appeal from an order of the District Court adopting such findings and recommendations if the Parties fail to file timely objections to the findings and recommendation set forth in this Report and Recommendation.  *See Thomas v. Arn*, 474 U.S. 140, 142 (1985).

* * *